IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BULFF DIVISION

**ROBERT E. WOODWARD**                                       **PLAINTIFF**
**ADC #166447**

V.                  **CASE NO. 5:19-cv-00058 JM**

**QUINCEY ROSS, Judge,**                                     **DEFENDANT**
**Lake Village,** *et al.*

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of March, 2019.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE